IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL COLVARD,<br><br>    Defendant. | **Case No.:** CR 18–0544 JD<br><br>**[PROPOSED] ORDER CONTINUING STATUS DATE TO FEBRUARY 6, 2019**<br><br>**Court:**    Courtroom 11, 19th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date, currently scheduled for Wednesday, January 23, 2019 at 10:30 a.m. before Honorable James Donato, be continued to Wednesday, February 6, 2019 at 10:30 a.m. for status.

IT IS FURTHER ORDERED that the time from January 23, 2019, to February 6, 2019, is hereby excluded from the Speedy Trial Act under 18 U.S.C. §3161(H)(7)(A) and (B)(iv) for effective preparation of counsel taking into account due diligence. Based on the reasons provided in the stipulation, the Court finds that the ends of justice are served by the granting of the continuance and outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated:    1/11/19

_____
HONORABLE JAMES DONATO
United States District Judge