1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7      UNITED STATES OF AMERICA,              Case No.  18-cr-00544-JD-1

8                        Plaintiff,           **ORDER ON MOTION FOR SENTENCE
                                              REDUCTION UNDER 18 U.S.C.**
9              v.                             **§ 3582(C)(1)(A)**

10     PAUL COLVARD,                          **(COMPASSIONATE RELEASE)**

11                       Defendant.           Re: Dkt. No. 18

12          Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons for a reduction

13   in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided

14   in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

15   **IT IS ORDERED** that the motion is:

16          [x]  **DENIED** after complete review of the motion on the merits.

17          [x]  **FACTORS CONSIDERED (Optional),** if motion is Granted or Denied on the

18   merits

19          **1. Extraordinary and Compelling Circumstances Pursuant to 18 U.S.C.
               § 3582(c)(1)(A)(i) and Consistent with Applicable Policy Statements Issued by the
20             United States Sentencing Commission in U.S.S.G. § 1B1.13**

21          While Colvard has some medical issues of concern, *see* Dkt. No. 18 at 2, he failed to show

22   his circumstances are extraordinary and compelling, especially in light of the fact that he was

23   already released to home confinement.  Dkt. Nos. 21, 22.  There are no extraordinary and

24   compelling reasons supporting a compassionate release from home confinement.

25          **2. Applicable 18 U.S.C. 3553(a) Factors** *(Mark all that apply)*

26          [x] The nature and circumstances of the offense pursuant to 18 U.S.C. § 3553(a)(1):

27               [ ] Mens Rea  [ ] Extreme Conduct       [ ] Dismissed/Uncharged Conduct
                 [ ] Role in the Offense                 [ ] Victim Impact

28

United States District Court
Northern District of California

[x]  *Specific considerations:*  As noted at sentencing, length of time defendant engaged in offense conduct (social security fraud) and total amount of fraud; did not stop until he was caught.

[ ]   The history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1):

| | |
|---|---|
| [ ] Aberrant Behavior | [ ] Lack of Youthful Guidance |
| [ ] Age | [ ] Mental and Emotional Condition |
| [ ] Charitable Service/Good Works | [ ] Military Service |
| [ ] Community Ties | [ ] Non-Violent Offender |
| [ ] Diminished Capacity | [ ] Physical Condition |
| [ ] Drug or Alcohol Dependence | [ ] Pre-sentence Rehabilitation |
| [ ] Employment Record | [ ] Remorse/Lack of Remorse |
| [ ] Family Ties and Responsibilities | [ ] Other: *(Specify)* |

[x] To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense *(18 U.S.C. § 3553(a)(2)(A))*

[ ] To afford adequate deterrence to criminal conduct *(18 U.S.C. § 3553(a)(2)(B))*

[ ] To protect the public from further crimes of the defendant *(18 U.S.C. § 3553(a)(2)(C))*

[ ] To provide the defendant with needed educational or vocational training *(18 U.S.C. § 3553(a)(2)(D))*

[ ] To provide the defendant with medical care *(18 U.S.C. § 3553(a)(2)(D)) (Specify)*

[ ] To provide the defendant with other correctional treatment in the most effective manner *(18 U.S.C. § 3553(a)(2)(D))*

[ ] To avoid unwarranted sentencing disparities among defendants *(18 U.S.C. § 3553(a)(6)) (Specify)*

[ ] To provide restitution to any victims of the offense *(18 U.S.C. § 3553(a)(7))*

[ ] *Specific considerations*:

**3. Whether Defendant Is a Danger to the Safety of Another or to the Community, 18 U.S.C. § 3142(g)**

[ ] the nature and circumstances of the offense (18 U.S.C. § 3142(g)(1))
[ ] the weight of the evidence against the person (18 U.S.C. § 3142(g)(2))
[ ] the history and characteristics of the person (18 U.S.C. § 3142(g)(3))
[ ] the nature and seriousness of the danger to any person or the community that would be posed by the person's release (18 U.S.C. § 3142(g)(4))
[ ] *Specific considerations:*

Colvard's request to file his medical records under seal, Dkt. No. 19, is granted.

**IT IS SO ORDERED.**

Dated:  December 8, 2020

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California